**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David John AREVALO, a.k.a. FNU LNU, Defendant–Appellant.**

No. 12–50330.

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2013.\*

Filed July 12, 2013.

Lane Dilg, Assistant U.S., Curtis A. Kin, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Elizabeth Newman, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

*See* Fed. R.App. P. 34(a)(2).

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

David John Arevalo appeals from the district court's judgment and challenges his guilty-plea conviction and six-month sentence for making a false statement in a passport application and use thereof, in violation of 18 U.S.C. § 1542. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Arevalo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Arevalo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.